

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. **B-02-104** |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant Bank of America, N.A. ("Bank of America" or "Bank") files this Notice of Removal and respectfully states as follows:

## STATEMENT OF THE CASE

1.   Plaintiff John Reed filed Plaintiff's Original Petition in the 197th Judicial District Court of Cameron County, State of Texas, on April 17, 2002, styled *John Reed v. Bank of America.*, Cause No. 2002-04-1575-C.   Bank of America was served with Plaintiff's Original Petition on April 22, 2002 and filed its Answer on May 8, 2002.

## GROUNDS FOR REMOVAL

2.   This Court has original jurisdiction of this matter under 28 U.S.C. § 1332 because the parties are citizens of different States and the amount in controversy exceeds $75,000.

3.   For purposes of diversity jurisdiction, national banking associations are deemed citizens of the states in which they are "located." 28 U.S.C. § 1348.   In the Fifth Circuit, the courts that have considered the meaning of "located" in § 1348 have concluded that "located" refers to the state in which a national banking association has its principal place of business.   *Bank One, N.A. v. Euro-Alamo Inv., Inc.*, No. 3:01-CV-1516-D, 2002 U.S. Dist. LEXIS 563, at **3-4 (N.D. Tex. Jan. 9, 2002); *Baker v. First*

*American Nat'l Bank*, 111 F. Supp. 2d 799, 800 (W.D. La. 2000). Consistent with these opinions, the Seventh Circuit has thoroughly analyzed § 1348's reference to "located," concluding that "located" refers to a bank's principal place of business. *Firstar Bank, N.A. v. Faul*, 253 F.3d 982, 993-94 (7th Cir. 2001); *see also United States Nat'l Bank v. Hill*, 434 F.2d 1019, 1020 (9th Cir. 1970)(holding that a national banking association is "located" only in the state in which it maintains its principal place of business); *Financial Software Sys., Inc. v. First Union Nat'l Bank*, 84 F. Supp. 594, 601 (E.D. Pa. 1999)(holding that a national banking association is a citizen only of the state in which it maintains its principal place of business or where it is established). The Western District of Oklahoma has recently reached the same decision with respect specifically to Bank of America. *Bank of America, N.A. v. Johnson*, 186 F. Supp.2d 1182, 1184 (W.D. Okla. 2001).

4.    Bank of America is a national banking association with its principal place of business in North Carolina. (Costamagna Aff. ¶ 3.)[1] Therefore, Bank of America is a citizen of North Carolina for purposes of diversity jurisdiction. (Costamagna Aff. ¶ 3).

5.    The Plaintiff, in contrast, is a resident of Texas. (Pl.'s Original. Pet. ¶ I.)

6.    The damages sought in this case exceed $75,000, exclusive of interests and costs. Plaintiff seeks lost wages, future wages and other economic and actual damages. (Pl.'s Original Pet. ¶ IV.) During his employment with Defendant, Plaintiff earned $8,333.33 per month (approximately $100,00.00 per year). (Hanula Aff. ¶ 3.)[2] Plaintiff's employment with the Bank ended in March 2001, over a year ago. Therefore, his claim for lost wages and future wages, in itself, exceeds $75,000.00. (Hanula Aff. ¶ 3.) In addition, Plaintiff seeks punitive damages. (Pl.'s Original Pet. ¶ V & Prayer.) Punitive damages are properly considered in determining whether the amount in

---

[1] The Affidavit of Christine M. Costamagna is attached hereto and incorporated herein for all purposes.

[2] The Affidavit of Susan Hanula is attached hereto and incorporated herein for all purposes.

controversy exceeds the jurisdictional minimum.    15 JAMES WM. MOORE ET. AL., MOORE'S FEDERAL PRACTICE § 102.106[4] (1999).    Therefore, it is clear that the claims in this action exceed $75,000.00.

      7.    Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."    Because the Court has diversity jurisdiction over this case, removal is proper.

## TIMELINESS OF REMOVAL

      8.    Defendant was served on or about April 22, 2002.    Fewer than 30 days have passed since Plaintiff's Original Petition was served on Defendant.    Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

## ATTACHMENT OF DOCUMENTS

      9.    In accordance with Southern District of Texas Local Rule 81, Bank of America, N.A. has attached to this Notice an Index of Matters being filed with this Notice of Removal.    Bank of America, N.A. has attached copies of all pleadings filed in the state court proceeding, all executed process in the case and the docket sheet.    Because the state judge did not enter any orders in this case, there are none attached.    In accordance with Local Rule 81, Bank of America, N.A. has also attached to this Notice a list of all counsel of record.

## NOTICE OF REMOVAL TO STATE COURT

      10.    Bank of America, N.A. will file a Notice of Removal to Federal Court with the 197th Judicial District Court of Cameron County, Texas.    A copy of the notice that will be given to the state court is attached.

## CONCLUSION

Removal of this action is proper under 28 U.S.C. § 1441.  It is a civil action brought in a state court, and the federal district courts have original jurisdiction under 28 U.S.C. § 1332 because the parties in this lawsuit are diverse.

WHEREFORE, Bank of America, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action for trial from the 197th Judicial District Court of Cameron County, State of Texas, to this Court, on this 17th day of May, 2002.

Respectfully submitted,

Michael W. Fox
State Bar No. 07335500
Laura O'Donnell
State Bar No. 00797477
HAYNES AND BOONE, L.L.P.
112 East Pecan Street,
Suite 1600
San Antonio, Texas 78205-1540
Telephone:  (210) 978-7000
Telecopier:  (210) 978-7450

ATTORNEYS FOR BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 17m day of May, 2002.

S-105041.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN REED,                          §
                                    §
        Plaintiff,                  §
                                    §
vs.                                 §        CIVIL NO.    **B-02-104**
                                    §
BANK OF AMERICA, N.A.,              §
                                    §
        Defendant.                  §

## INDEX OF MATTERS

I.    Notice of Removal

      A.    Affidavit of Christine M. Costamagna

      B.    Affidavit of Susan Hanula

      C.    All executed process in the case

      D.    Plaintiff's Original Petition

      E.    Defendant's Original Answer

      F.    Docket Sheet

      G.    List of Counsel of Record and Parties Represented

      H.    Notice of Removal to Federal Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO.    **B-02-104** |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF CHRISTINE M. COSTAMAGNA**

| | |
|---|---|
| STATE OF CALIFORNIA | § |
| | § |
| COUNTY OF SAN FRANCISCO | § |

Before me, the undersigned authority, personally appeared Christine M. Costamagna, who, being by me duly sworn, deposed as follows:

1.      My name is Christine M. Costamagna.  I am over the age of twenty-one (21), am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2.      I am currently an Assistant Corporate Secretary for Bank of America, N.A. ("Bank of America").  I have served in this position since March 1998.  I have worked for Bank of America since October 1990.  In my position as Assistant Corporate Secretary, I have personal knowledge concerning Bank of America's management structure.

3.      Bank of America is a national banking association chartered under the laws of the United States.  Bank of America maintains its headquarters and principal place of business at 100 S. Tryon Street, Charlotte, North Carolina 28255-0001.

FURTHER AFFIANT SAYETH NOT.

_Christine M Costamagna_
Christine M. Costamagna
Assistant Corporate Secretary

SWORN TO AND SUBSCRIBED BEFORE ME by _Christine Costamagna_

this 14th day of _May_ , 2002.

_Dorothy Williams_
Notary Public Signature

(NOTARY SEAL)



DOROTHY WILLIAMS
Commission # 1232332
Notary Public - California
San Francisco County
My Comm. Expires Aug 23, 2003

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO.  **B-02-104** |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

### SUSAN HANULA AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF COOK

On this day appeared before me Susan Hanula, who is personally known to me and who, upon her oath, stated as follows:

1.      My name is Susan Hanula. I am over the age of twenty-one and am competent in all respects to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true.

2.      I am currently a Senior Vice President/Personnel Manager for Bank of America, N.A. I have held this position for approximately five years. I have worked for Bank of America, N.A. and its predecessors since 1970.

3.      In my position as Senior Vice President/Personnel Manager for Bank of America, N.A., I am a custodian of the personnel records for Bank of America, N.A. employees, including John Reed, who work in the region that I cover. The records attached to this affidavit are four (4) pages of records from Bank of America, N.A. These said four (4) pages of records were made at or near the time of the occurrence of the matters set forth by, or from information

transmitted by, a person with knowledge of those matters.  These records are kept in the course of Bank of America, N.A.'s regularly conducted business activity, and it was the regular practice of Bank of America, N.A.'s business activity to make these records.    The records attached hereto are exact duplicates of the originals.

FURTHER AFFIANT SAYS NAUGHT.


Susan Hanula

SUBSCRIBED AND SWORN TO BEFORE ME on ___5/14___, 2002.


Notary Public in and for the State of Illinois


(PERSONALIZED SEAL)

OFFICIAL SEAL
NINA TAI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/07/02

Report Date 4/18/2001

**Associate History**

Reed,John
SSN: 457806418
Corporate Title: Senior Vice President

Employee Status: T
Hire Date: 4/26/2000
Rehire Date:
Termination Date: 3/15/2001

| Effdt | Action | Deser | Deser | Grade | Acct Cd | Cost Center Name |
|-------|--------|-------|-------|-------|---------|------------------|
| 03/16/2001 | TER | Unsatisfactory Performance | Growth Group Sr Client Manager | TI4 | 000990000525 | HARLINGEN - COMMERCIAL |
| 04/26/2000 | HIR | Hire from Restrac | Growth Grp Sr CM | B4 | 000990000525 | HARLINGEN - COMMERCIAL |

Page 1

**Bank of America** 

Commercial Banking Staffing
TX7-060-06-04
300 Convent, 6th Floor
San Antonio, TX 78205-3701

Tel   210.270.5588
Fax  210.270.5622

April 17, 2000

Mr. John Reed
5186 Kensington Lane
Brownsville, TX  78526

Dear John:

Welcome to Bank of America! We are looking forward to your joining our team.  This letter will confirm our offer and your acceptance to join the Commercial Banking Department in Harlingen as a Growth Group Sr. Client Manager, reporting to Mr Raul Anaya  The details of our offer are outlined below.

- You will receive a salary of  $8,333.33 per Month.

- Your corporate title is Sr  Vice President.

- **We expect that all compensation matters will be kept confidential.**

- Your start date is on or before May, ~~1,~~ 2000.  Please call me to confirm your actual start date.   *April 26th.*

- You will be entitled to 20 days of vacation in the year 2000

At Bank of America we believe strongly in making the associate experience a rewarding one.  One of the first events we would like to invite you to attend is Welcome Day.  Unfortunately, at this time the Welcome Day Program is not being conducted in Harlingen, TX.  Therefore, I am forwarding the Welcome Day package that is distributed to all new associates along with your offer package.

We believe this is not only a great company to work for but that it is a company that works for you.  You may be eligible for a variety of health and welfare plans: medical, dental, life and disability.  You may also be eligible for retirement plans offered by Bank of America such as a 401(K) and a Cash Balance (pension) plan as well as a sick leave policy, paid vacation and special banking services. Health care coverage will become available the first day of the month following, not contiguous with, one full month of service (for example, an associate starting on 1/1/00 is benefits eligible 3/1/00). At a later date you will receive more information about these benefits along with instructions for enrollment.  Should you have benefits-related questions in the interim, please call the Personnel Center at 1.800.556.6044.

This offer is contingent upon the following:
- A satisfactory background check
- Proof of right to work in accordance with (I-9) governmental requirements
- Verification of the information you have provided

There are several important activities for you to complete in order to set up your payroll records and ensure a smooth transition to Bank of America. We ask that you complete these upon receipt of this letter:

1.  To remain in compliance with current immigration laws, the U.S. Government requires employers to verify eligibility for employment through the completion of the I-9 form. Attached you will find a list of acceptable forms of identification you must present in person. On your first day of employment please complete the form I-9 along with your manager or a designated associate and present your required identification.

2.  Enclosed you will find a W-4 form. Please complete it in its entirety and return in the self addressed envelope provided. Until you return this form, your tax withholdings will be deducted using a status of Single with 0 exemptions

3.  Contact the Bank of America Personnel Center at 800.556.6044 to coordinate the completion of other new associate data. Please be prepared to provide your social security number and to answer questions regarding the following:
    - Emergency Contact
    - Preferred name
    - Payroll deductions (e.g., savings bonds)
    - Associate Banking (i.e., payroll direct deposit)

4.  In addition, please be prepared to notify the Personnel Center if you would like to identify yourself as a person with a disability, a disabled veteran, or a veteran of the Vietnam era for purposes of the Bank of America affirmative action plan. You may inform us of your desire to benefit under the program at this time and/or at any time in the future. Submission of this information is voluntary and refusal to submit it will not subject you to any adverse treatment. Information about your disability or veteran status will be kept as confidential as possible and will not be used in a manner inconsistent with the law. The Personnel Center will not ask you for this information.

This letter does not constitute an employment contract, and nothing contained in this letter or in any other communications you have had with Bank of America representatives should be construed in any way as a guarantee of continued employment for any period of time, but rather your employment is on an at-will basis. That is, you or Bank of America may end the employment relationship with or without notice or cause. No officer or representative of Bank of America has any authority to make any agreement, express or implied, which is contrary to the foregoing.

We believe that you are capable of making an outstanding contribution to Bank of America and that we can offer you a challenging and rewarding career. Welcome aboard!

If you have any questions or if there is any way I can help you further, please do not hesitate to call me at 210.270.5588.

Sincerely,

Terri S. Edlund
Vice President
Commercial & Private Bank Staffing

Please sign the enclosed copy of the confirmation letter and return in the enclosed self addressed envelope.

I, _JohnReed_ , concur with all conditions outlined in the above confirmation letter.

X _(signature)_
_(Signature)_

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
Social Security Number

4-19-00
Date

CT System

**Service of Process Transmittal Form**

**Dallas, Texas**

**04/22/2002**

**Via Federal Express (2nd Day)**

TO:  Gregory Spencer General Counsel
Bank of America, N.A.
CA5-705-08-01
555 California Street
8th Floor
San Francisco, CA 94104

Phone: (415) 622-6041 ex:
FAX: (415) 953-1334



LEGAL DEPART...
RECEIVE...
APR 2 4 2002
S.F HEADQUARTERS
BANK OF AMERICA. N...

RE:    **PROCESS SERVED IN TEXAS**

FOR       Bank of America Corporation Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| 1. TITLE OF ACTION: | John Reed vs Bank of America |
| 2. DOCUMENT(S) SERVED: | Citation, Original Petition |
| 3. COURT: | 197th JDC, Cameron County<br>Case Number 2002041575C |
| 4. NATURE OF ACTION: | Alleges employment agreement is not being represented as it was proposed. |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Dallas, Texas |
| 6. DATE AND HOUR OF SERVICE: | By Certified mail on 04/22/2002 with Postmarked Date 04/18/2002 |
| 7. APPEARANCE OR ANSWER DUE: | 10:00 a.m. Monday next after expiration of 20 days |
| 8. ATTORNEY(S): | Perez & Associates<br>436 Paredes Line Road<br>Brownsville, TX 78521 |
| 9. REMARKS: | Name discrepancy noted.<br>i-Note sent 04/22/2002 to ANDREW.M.BOTT@BANKOFAMERICA.COM |

CC:    Andrew M Bott
Bank of America, N.A.
CA5-705-08-01
555 California Street
8th Floor
San Francisco, CA 94104

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.


CT System

**Service of Process Transmittal Form**

**Dallas, Texas**

**04/22/2002**

**Phone: (415) 622-6106 ex:**
**FAX: (415) 953-1334**
**EMAIL: ANDREW.M.BOTT@BANKOFAMERICA.COM**

| | |
|---|---|
| **SIGNED** | CT Corporation System |
| **PER** | Barbara Ann Pfister |
| **ADDRESS** | 350 North St. Paul Street |
| | Dallas, TX  75201 |
| | SOP WS 0004431366 |

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.C1

No. 2002-04-001575-C



T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BANK OF AMERICA
    SERVING ITS REGISTERED AGENT:
    C.T. CORPORATION SYSTEM
    350 N. ST. PAUL ST.
    DALLAS, TX 75201

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 197th Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said _____ PETITION _____ was filed on _ APRIL 17, 2002 _. A copy of same accompanies this citation.

The file number of said suit being No. 2002-04-001575-C.

The style of the case is:

JOHN REED
VS.
BANK OF AMERICA

Said petition was filed in said court by _____ HON. FRANK E. PEREZ
(Attorney for        PLAINTIFF        ), whose address is

CERTIFICATE OF DELIVERY OF MAIL

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

I hereby certify that on the 17th of

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

APRIL  2002, I mailed to

BANK OF AMERICA

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

NAME OF PREPARER        TITLE

CERTIFIED MAIL NO.  1461470678
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

FILED AT ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST CLERK

APR 1 7 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
By _____ DEP ___

CAUSE NO. 2002·04· 1575·C

| | | |
|---|---|---|
| JOHN REED | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA | § | 197th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

NOW COMES JOHN REED, plaintiff, complains of BANK OF AMERICA defendant, and for cause of action shows:

I.

Plaintiff is an individual residing at 5186 Kensington Lane, Brownsville, Texas 78521, which is in Cameron County, Texas.

Defendant is a corporation doing business in Texas, and may be served by certified mail, return receipt requested by serving C.T. Corporation System, 350 N. St. Paul St., Dallas, TX 75201.

Plaintiff pleads that discovery should be conducted in accordance with a discovery control plan under Civil Procedure Rule 190.

II.

**Claims for fraud and fraudulent inducement.** On or about April of 2000 Plaintiff was employed at Chase Bank in Brownsville, Texas. At that time, Defendant approached Plaintiff and offered Plaintiff employment with its bank branch in Brownsville, Texas. At that time, and on a number of occasions thereafter, defendant knowingly made false representations as to material facts to

Plaintiff regarding employment with Bank of America with the intent of inducing plaintiff to enter into an employment agreement with defendant. Specifically, but not by way of exclusion, Defendant knowingly represented to Plaintiff that it would provide to Plaintiff needed and critical support, cooperation, and assistance from a variety sources, (including branch and office locations outside and within Brownsville, and including bank officers and employees from branch and office locations outside and within Brownsville). All of the aforementioned support, cooperation, and assistance was to be provided by Defendant for the specific purpose of allowing Plaintiff the opportunity to achieve the goals set for his employment.  In the alternative, Defendant made promises to Plaintiff regarding needed and critical support, cooperation, and assistance which Defendant never intended on keeping.

III.

Plaintiff believed and relied upon the representation made by Defendant and began working for Defendant on or about May 1, 2000. Plaintiff has discovered that the representations made by Defendant were false. Plaintiff further alleges that the representations and promises set forth in the preceding paragraph concerned material facts for the reason that plaintiff would not have left his employment with Chase Bank and would not have entered into an employment agreement with Defendant if Defendant had told Plaintiff the truth about the conditions of his employment and/or would not have made the false representations described above. More specifically, Plaintiff would not have left his

employment with Chase Bank and would not have entered into an employment agreement with Defendant but for said false representations because the goals set for Plaintiff's employment with Defendant required the support, cooperation, and assistance that Defendant promised but failed to provide. After nine months employment with Defendant Plaintiff's employment was terminated under the pretense that he was not achieving his stated goals, when in truth and in fact Plaintiff performed his job requirements as expected and required and did not meet his stated goals solely due to the failure of Defendant to provide the promised support, cooperation, and assistance. Each and every one of the representations was relied on by plaintiff to plaintiff's substantial injury and damage as described more fully below.

IV.

By reason of plaintiff's reliance on defendant's false representations and promises described above, plaintiff has been damaged in an amount within the jurisdictional limits of the Court. In this connection, plaintiff further alleges that he lost wages, future wages and suffered other economic and actual damages.

V.

Plaintiff further alleges that because defendant knew that the representations described above were false at the time they were made, the representations were fraudulent and malicious and constitute conduct for which the law allows the imposition of exemplary damages. In this connection, plaintiff will show that he has incurred significant expenses, including attorney's fees, in the investigation and prosecution of this action. Accordingly, plaintiff requests that

exemplary damages be awarded against the defendant in a sum within the jurisdictional limits of the Court.

## VI.
## Demand for Jury

Plaintiff demands a jury trial and tenders the appropriate fee.

WHEREFORE, plaintiff requests that defendant be cited to appear and answer, and that on final trial, plaintiff have:

1.  Judgment against defendant for actual damages in a sum within the jurisdictional limits of the Court], together with prejudgment interest as provided by law.

2.  Judgment against defendant for exemplary damages in a sum determined by the trier of fact.

3.  Interest after judgment as provided by law.

4.  Costs of suit.

5.  Such other and further relief to which plaintiff may be justly entitled.

6.  Attorneys fees.

Respectfully submitted,

PÉREZ AND ASSOCIATES

By: _____
Frank E. Pérez
State Bar No. 15776540
436 Paredes Line Road
Brownsville, Texas 78521
Telephone:   (956) 504-5403
Facsimile:   (956) 504-5991
ATTORNEY FOR PLAINTIFF JOHN
REED

CAUSE NO. 2002-04-1575-C

| JOHN REED | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA | § | 197TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

Bank of America, N.A., incorrectly named as Bank of America, ("Defendant"), files this Original Answer to Plaintiff's Original Petition ("Petition") and states:

### I.

### GENERAL DENIAL

Defendant generally denies all of the material allegations set forth in Plaintiff's Petition and demands that these claims be proven by a strict preponderance of the evidence, or, as authorized by Texas law, that Plaintiff's claims be disposed of by summary judgment granted before this case is called to trial.

### AFFIRMATIVE DEFENSES

### II.

Plaintiff fails to state any actionable claims upon which relief can be granted.

### III.

Plaintiff has failed to mitigate his damages, or in the alternative, to the extent that Plaintiff has mitigated his damages, Defendant is entitled to offset those amounts he has earned.

### IV.

Plaintiff's claims are barred by the Statute of Frauds.

### V.

Plaintiff cannot proceed with his claim because he continued to accept the benefits given to him by Defendant after he discovered that Defendant was not providing him with the assistance that he claims was promised.

S-116161.1

## VI.

Plaintiff has waived his right to claim fraud because he did not raise this claim after learning of the facts that he alleges constitute fraud.

## VII.

Plaintiff's claims are preempted by the National Bank Act, 12 U.S.C. § 24(fifth).

## VIII.

Plaintiff was employed at-will with Defendant.

## IX.

Plaintiff's claims for punitive damages are capped by the provisions of Chapter 41 of the Texas Civil Practice and Remedies Code.

## X.

Plaintiff has not alleged and cannot prove facts that would support a punitive damage award on any of his claims in this lawsuit.

## XI.

Plaintiff's request for punitive damages in this case is unconstitutional.

## XII.

Defendant reserves the right to amend this Answer to include additional affirmative defenses.

## PRAYER

WHEREFORE, Defendant requests the following relief:

1.    That the court dismiss Plaintiff's Original Petition against Defendant and that Plaintiff take nothing by this action;

2

2.    That Defendant be granted all costs of court, prejudgment interest on court costs and attorneys' fees until the date of judgment; and all other relief, general or special, legal or equitable, as the court deems just and proper.

Respectfully submitted,

HAYNES AND BOONE, L.L.P.
112 E. Pecan, Suite 1600
San Antonio, Texas 78205
Telephone No. :  (210) 978-7000
Telecopier No.: (210) 978-7450

By:    *Laura O'Donnell*
       MICHAEL W. FOX
       State Bar No. 07335500
       LAURA O'DONNELL
       State Bar No. 00797477

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all attorneys of record in accordance with the Texas Rules of Civil Procedure on this ___7 TH___ day of May, 2002.

*Laura O'Donnell*
Laura O'Donnell

3

# CERTIFIED COPY

PAGE: 01

2002-04-001575-C

* * * C L E R K ' S   E N T R I E S * * * *

(10)

04    17    02

DAMAGES

30.00

00353701
HON. FRANK E. PEREZ
P.O. BOX 3490
BROWNSVILLE, TX      78521 0000

00328101
HON. MICHAEL W. FOX
112 EAST PECAN STREET, STE.1600
SAN ANTONIO, TEXAS      78205 1540

PEREZ & ASSOCIATES

04/17/02  ORIGINAL PETITION FILED
04/17/02  CITATION (CM): BANK OF AMERICA
04/17/02    SERVED: 04/22/02    FILED: 04/29/02
04/17/02  JURY FEE: Pd. by HON. FRANK E. PEREZ
05/08/02  ORIGINAL ANSWER: BANK OF AMERICA

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON CO., TEXAS
DATE MAY 16 2002
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN REED,                          §
                                    §
        Plaintiff,                  §
                                    §
vs.                                 §        CIVIL NO.   **B-02-104**
                                    §
BANK OF AMERICA, N.A.,              §
                                    §
        Defendant.                  §

## LIST OF ATTORNEYS AND PARTIES REPRESENTED

Plaintiff John Reed *(represented by)*:

Frank E. Perez
State Bar No. 15776540
Perez and Associates
436 Paredes Line Road
Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991

Defendant Bank of America *(represented by)*:

Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Haynes and Boone, LLP
112 E. Pecan Street, Suite 1600
San Antonio, Texas 78205
Telephone: (210) 978-7421
Facsimile: (210) 554-0421

CAUSE NO. 2002-04-1575-C

| | | |
|---|---|---|
| JOHN REED | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | § | |
| BANK OF AMERICA | § | 197TH JUDICIAL DISTRICT |

## **NOTICE OF REMOVAL TO FEDERAL COURT**

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that the Defendant in this action has, pursuant to federal law, filed with the clerk of the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal, a copy of which is attached and filed with this document, and that this action is removed to the United States District Court for trial as of this day. This court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

Michael W. Fox
State Bar No. 07335500
Laura O'Donnell
State Bar No. 00797477
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

ATTORNEYS FOR DEFENDANT
BANK OF AMERICA, N.A.

S-116661.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on all attorneys of record in accordance with the Texas Rules of Civil Procedure on the _____ day of May, 2002.

_____