IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN REED, | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL NO.   B-02-104 |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

## LIST OF INTERESTED PARTIES

In accordance with the Court's Order Setting Conference, Defendant Bank of America, N.A. files this List of all entities that are financially interested in this litigation:

1.   Bank of America, N.A.

2.   NB Holdings Corporation

3.   <u>Bank of America Corporation</u>

4.   John Reed

Respectfully submitted,

*Laura O'Donnell*
Michael W. Fox
State Bar No. 07335500
Laura O'Donnell
State Bar No. 00797477
HAYNES AND BOONE, L.L.P.
112 East Pecan Street,
Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

ATTORNEYS FOR BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served on all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 4Th day of June, 2002.

*Laura O'Donnell*

S-105041.1