4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

## LIST OF INTERESTED PARTIES

In accordance with the Court's Order Setting Conference, Plaintiff John

Reed files this List of all entities that are financially interested in this litigation:

1.    John Reed

2.    Bank of America, N.A.

3.    NB Holdings Corporation (as per defendant's designation)

4.    Bank of America Corporation (as per defendant's designation)

Respectfully Submitted,
PÉREZ & ASSOCIATES

By:
Frank E. Pérez
State Bar No. 15776540
436 Paredes Line Road
Brownsville, Texas 78521
Telephone:  (956) 504-5403
Facsimile:   (956) 504-5991
ATTORNEY FOR PLAINTIFF
JOHN REED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the _6th_ day of June 2002, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

<u>**VIA FAX: 210-978-7450**</u>
Mr. Michael W. Fox
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

Pérez & Associates