United States District Court
Southern District of Texas
FILED

SEP 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

NOW COME PLAINTIFF JOHN REED and DEFENDANT BANK OF AMERICA and file this their Joint Discovery/Case Management Plan and would show unto the Court as follows:

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

RESPONSE:

> The parties met telephonically on August 6, 2002. Frank E. Perez attended for the Plaintiff, John Reed; and Laura O'Donnell attended for the Defendant, Bank of America

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

RESPONSE:

> There are no cases related to this one that are pending in any state or federal court.

3. Specify the allegation of federal jurisdiction.

RESPONSE:

**Defendant, Bank of America, removed this case to this Federal Court on the basis of diversity of citizenship.**

4. Name the parties who disagree and the reasons.

RESPONSE:

**No party disagrees with Defendant's assertion of federal jurisdiction.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

RESPONSE:

**No additional parties are anticipated.**

6. List anticipated interventions.

RESPONSE:

**No interventions are anticipated.**

7. Describe class-action issues.

RESPONSE:

**There are no class-action issues.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

RESPONSE:

**Each party has made its initial disclosures.**

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

   **Rule 26(f)(1), changes to requirements for disclosure: none anticipated.**
   **Rule 26(f)(2), subjects for discovery: liability and damages, defenses.**
   **Rule 26(f)(3), changes to discovery limitations: none anticipated.**
   **Rule 26(f)(4), other orders needed; none anticipated.**

   B. When and to whom the plaintiff anticipates it may send interrogatories.

   **Plaintiff will send interrogatories to Defendant on or before September 27, 2002.**

   C. When and to whom the defendant anticipates it may send interrogatories.

   **Defendant has sent interrogatories to Plaintiff, and Plaintiff has responded to these interrogatories.**

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

   **Plaintiff anticipates deposing a representative of Defendant in mid- to late October.**

   **Plaintiff anticipates deposing the following witnesses by December 2002:**
   - **Martha Agarwal;**
   - **Roger Akeman;**
   - **Raul Anaya;**
   - **Terri Edlund;**
   - **Eddie Gutierrez;**
   - **Peter Hanson;**
   - **Fran Herndon;**
   - **Lisa Hill;**
   - **Kevin Kleinsteuber;**
   - **Gregg Muenster;**
   - **Jesse Riveron;**
   - **Chris Shroat;**
   - **Peggy Walker;**
   - **Margie Watson;**
   - **Alma Ybarra;**

**Larry Zamponi**

**At this time Plaintiff does not anticipate taking other depositions but reserves the right to take further depositions if it is necessary and will do so by December 31, 2002.**

E. Of whom and by when the defendant anticipates taking oral depositions.

**Defendant took Plaintiff's deposition on August 28, 2002. At this time Defendant does not anticipate taking other depositions but reserves the right to take further depositions if it is necessary and will do so by December 31, 2002.**

F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff will designate experts and provide reports on or before January 1, 2003.**

**Defendant will designate experts and provide reports on or before February 1, 2003.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Plaintiff will depose Defendant's experts on or before February 15, 2003.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Defendant will depose Plaintiff's experts on or before January 15, 2003.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

RESPONSE:

**The parties agree to the discovery plan.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

RESPONSE:

**Defendant has deposed Plaintiff. Defendant has sent interrogatories and requests for production to Plaintiff, which Plaintiff has answered.**

12. State the date the planned discovery can reasonably be completed.

RESPONSE:

**March 1, 2003.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

RESPONSE:

**The parties will mediate this case by April 1, 2003.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

RESPONSE:

**The parties have agreed to mediate this case by April 1, 2003.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

RESPONSE:

**Plaintiff is amenable to mediation as an acceptable form of alternative dispute resolution.**

**Defendant believes that this case should be dismissed in summary judgment.**

**Defendant may be amenable to mediation as an acceptable form of alternative dispute resolution at a later time.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

RESPONSE:

**Plaintiff consents to trial before a magistrate judge.**

**Defendant does not consent to trial before a magistrate judge.**

17. State whether a jury demand has been made and if it was made on time.

RESPONSE:

**Plaintiff has made a timely jury demand.**

18. Specify the number of hours it will take to present the evidence in this case.

RESPONSE:

**The evidence will take from 25-30 hours to present.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

RESPONSE:

**Currently, there are no pending motions.**

20. List other motions pending.

RESPONSE:

**There are no other pending motions.**

21. Indicate other matters peculiar to this case, including discovery that deserve the special attention of the court at the conference.

RESPONSE:

**None.**


22. List the names, bar numbers, addresses and telephone numbers of all counsel.

RESPONSE:

**Attorneys for Plaintiff, John Reed:**
Frank E. Pérez
SBN: 15776540
Pérez & Associates
436 Paredes Line Road
Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991

Trey Martinez
SBN: 00797011
Martinez & Barrera
1201 East Van Buren
Brownsville, Texas 78520
Telephone: 956-546-7159
Facsimile: 956-544-0602

**Attorneys for Defendant, Bank of America**
Michael Fox
SBN: 07335500
Laura O'Donnell
SBN: 00797477
Haynes and Boone, L.L.P.
112 E. Pecan, Suite 1600
San Antonio, TX 78205
Telephone: 210-978-7000
Facsimile: 210-978-7450

Respectfully submitted,

**PÉREZ & ASSOCIATES**

By: *[signature]*

Frank E. Pérez
State Bar No. 15776540   Fed. I.D 1930
436 Paredes Line Road
Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEY FOR PLAINTIFF
JOHN REED

**HAYNES AND BOONE, LLP**

By: *Laura O'Donnell by permission*

Laura O'Donnell
SBN: 00797477
112 E. Pecan, Suite 1600
San Antonio, TX 78205
Telephone: 210-978-7000
Facsimile: 210-978-7450      Fed. I.D.
ATTORNEY FOR DEFENDANT    21720
BANK OF AMERICA

### CERTIFICATE OF SERVICE

I hereby certify that on this the __24__ day of September 2002, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 210-978-7450**
Ms. Laura O'Donnell
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

Pérez & Associates