1

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

| JOHN REED | § | |
|---|---|---|
| vs. | § | Civil Action B: 02-104 |
| BANK OF AMERICA, N.A. | § | |

United States District Court
Southern District of Texas
ENTERED
OCT 1 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.     ☐ Bench   ☑ Jury

2. New parties must be joined by: __10/25/02__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __1/1/03__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. __2/1/03__

5. Discovery must be completed by: __3/1/03__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Mediation by: __4/1/03__ *
   *The Court would prefer for mediation to be earlier than that proposed in the Joint Case Management Plan and suggested the parties to mediate in the month of January, 2003.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by: __11/8/02__

8. Joint pretrial order is due: __6/20/03__

9. Docket Call and final pretrial conference is set for 1:30 p.m. on: __7/2/03__

10. Jury Selection is set for 9:00 a.m. on: __7/7/03__
    *(The case will remain on standby until tried)*

Signed __October 18__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge