IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO.    B-02-104 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

TO THE HONORABLE HILDA G. TAGLE:

Defendant Bank of America, N.A. files this Motion to modify the Scheduling Order and extend the deadline for filing dispositive motions until November 25, 2002 and, in support of this Motion would show:

**I.**

On October 8, 2002, the Court held a Pretrial Conference in this case. At that time, Defendant's attorney told the Court that she thought it would be possible to file Defendant's Motion for Summary Judgment within one month. On October 18, 2002, the Court entered a Scheduling Order that set the deadline for filing dispositive motions on November 8, 2002.

**II.**

Based on Defense counsel's schedule and the schedule of the witnesses from whom Defendant needs information for the Motion for Summary Judgment and the witnesses from whom Defendant expects to provide Affidavits in support of its Motion for Summary Judgment, Defendant is not able to file the Motion by the current deadline. To accommodate these

schedules, Defendant respectfully requests an extension on its deadline for filing its dispositive motion until November 25, 2002.

### III.

In addition, Defendant's responses to Plaintiff's interrogatories and requests for production are currently due on November 21, 2002. The requested extension will afford Plaintiff the opportunity to have this discovery before preparing a response to Defendant's Motion for Summary Judgment.

### IV.

Defendant does not request an extension of any other deadline on the Scheduling Order. This case is set for trial on July 7, 2003. Therefore, the request for this short extension should not impact the current schedule in any way and does not prejudice Plaintiff. This request is not made for purposes of delay but so justice may be done.

### V.

Although Defendant's counsel tried to confer with Plaintiff's counsel about this Motion, Plaintiff's counsel is out of town and, therefore, Defendant's counsel has not been able to discuss the Motion with him. Defendant's counsel will continue to try to contact Plaintiff's counsel and will inform the Court immediately after talking to Plaintiff's counsel whether he opposes this Motion.

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that the Court grant this Motion to Modify Scheduling Order and Extend Deadline for Filing Dispositive Motions until November 25, 2002.

Respectfully submitted,


*Laura O'Donnell*

Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

On November 7, 2002, Defense counsel spoke with Plaintiff's counsel's office and was informed that Plaintiff's counsel is out of town. Plaintiff's counsel's office tried to reach him about this Motion, but he was apparently out of cellular telephone range. Defendant's counsel will continue to try to reach Plaintiff's counsel about this Motion and will inform the Court whether he opposes this Motion as soon as she reaches him.


*Laura O'Donnell*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all attorneys of record in accordance with the Federal Rules of Civil Procedure on this 7th day of November, 2002.


*Laura O'Donnell*