9

United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-104 |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on November 12, 2002, the Court considered Defendant's Motion to Modify Scheduling Order and Extend Deadline for Filing Dispositive Motions [Dkt. No. 8]. The Court hereby **GRANTS** Defendant's motion and resets the dispositive motion deadline to April 25, 2003. The subsequent deadlines leading to trial in the scheduling order of October 18, 2002, remain in effect.

DONE at Brownsville, Texas, this 12th day of November, 2002.

Hilda G. Tagle
United States District Judge