IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 03 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO.  B-02-104 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Court's Scheduling Order, Bank of America, N.A. submits the following Designation of Expert Witness:

1. Dr. Thomas Mayor
   5555 Del Monte, Suite 1306
   Houston, TX 77056
   Telephone: (713) 552-1522
   Dr. Mayor's report has been provided.

Respectfully submitted,

HAYNES AND BOONE, L.L.P.
112 E. Pecan, Suite 1600
San Antonio, Texas 78205
Telephone No. : (210) 978-7000
Telecopier No.: (210) 978-7450

By: *Laura O'Donnell*
MICHAEL W. FOX
State Bar No. 07335500
LAURA E. O'DONNELL
State Bar No. 00797477

ATTORNEYS FOR DEFENDANT

S-125119_1.DOC

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via facsimile and Lone Star Overnight on the 31st day of January, 2003 to the following attorney of record:

*Laura O'Donnell*
Laura E. O'Donnell