United States District Court
Southern District of Texas
FILED

MAR 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF SUBMISSION DATE
AND DEADLINE FOR MEDIATION**

PLAINTIFF JOHN REED requests that this Court extend the submission date for Plaintiff's Response to Bank of America's Motion for Summary Judgment and extend the deadline for the parties to mediate and would show as follows:

I.

Defendant sent its motion for summary judgment to be filed and served on Plaintiff's counsel via Federal Express on February 25, 2003. Under Local Rules 7.3, 7.4 and interpreting case law, Plaintiff's response to Defendant's motion is to be filed on or before March 20, 2003, the submission date.

Plaintiff opposes Defendant's motion for summary judgment on all issues raised therein.

Defendant's motion for summary judgment is supported largely by the affidavit of Raul Anaya, an employee of Bank of America, and a key witness in this matter. Mr. Anaya currently resides in the State of Arizona. The attorneys for the parties have been working to schedule Mr. Anaya's deposition for some time now

and especially since the middle of February 2003. The undersigned is informed that the deposition may take place in April 2003.

Plaintiff's require the deposition of Raul Anaya in order to properly and thoroughly respond to Defendant's motion for summary judgment. The statements made by Mr. Anaya in his affidavit must be subjected to cross-examination in order to prepare an appropriate response to Defendant's motion.

II.

Further, this Court has ordered that the parties mediate this matter on or before April 1, 2003. Plaintiff's counsel has contacted Defendant's counsel but no dates have been agreed upon. The deposition of Raul Anaya, and Plaintiff's response to Defendant's motion for summary judgment would, in the undersigned's view, be helpful in narrowing the core factual issues involved in this case and likewise be very helpful in mediation.

This motion is not made for delay and is not requesting an extension of any other deadlines or trial date, but only that the ends of justice be attained.

Plaintiff asks the Court to extend the submission date for Defendant's motion for summary judgment for two weeks and likewise to extend the deadline to mediate.

Respectfully submitted,

PÉREZ & PIETTE



By:

Frank E. Pérez
State Bar No. 15776540
Federal Id No. 1930
436 Paredes Line Road
Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR PLAINTIFF
JOHN REED

## CERTIFICATE OF CONSULTATION

On March 20, 2003 the undersigned spoke to Laura O'Donnell, Defendant's attorney, to consult with her about Bank of America's opposition or non-opposition to this motion. Subject to this Court's approval, counsel for the parties agree to a two-week extension on the submission date for Defendant's motion for summary judgment, which would make Plaintiff's response the motion due on April 3, 2003. Counsel for the parties further agree that, in the event supplementation or replies become necessary as a result of evidence obtained at the deposition of Raul Anaya, neither party will object to necessary supplementation and/or replies/responses. The request for an extension of the deadline to mediate is not opposed.

Pérez & Piette

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20 day of March 2003, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 210-978-7450**
Mr. Michael W. Fox
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

Pérez & Piette