United States District Court
Southern District of Texas
ENTERED

APR 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on April 1, 2003, the Court **GRANTED** Plaintiff's Unopposed Motion for Extension of Submission Date and Deadline for Mediation [Dkt. No. 12].

Plaintiff's motion to extend the submission deadline for its response to Defendant's Motion for Summary Judgment is predicated upon the need to depose an essential witness in the case. Plaintiff urges the extension because this witness's affidavit forms an important part of Defendant's Motion for Summary Judgment. Further, Plaintiff states the witness must be subjected to cross-examination in order to prepare an appropriate response to Defendant's motion. Plaintiff represents to the Court that attempts were made to schedule the witness's deposition prior to its request for this extension.

Federal Rule of Civil Procedure 56(f) states:

Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application of judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

"'To obtain a continuance of a motion for summary judgment in order to obtain further discovery, a party must indicate to the court by some statement, preferably in writing (but

1

not necessarily in the form of an affidavit), why he needs additional discovery and *how* the additional discovery will create a genuine issue of material fact.'" Stults v. Conoco, Inc., 76 F.3d 651, 657-58 (5th Cir. 1996) (quoting Krim v. BancTexas Group, Inc., 989, F.2d 1435, 1442 (5th Cir. 1993)). Plaintiff has demonstrated a specified need for an extension to submit its response to Defendant's Motion for Summary Judgment. Plaintiff must submit its response to Defendant's motion by Monday, April 7, 2003.

Plaintiff further makes an unopposed request to extend the mediation deadline set by the Court. This request is made because Plaintiff anticipates further discovery pertaining to the essential witness will narrow the factual issues involved in the case and assist the process of mediation. The Court **GRANTS** this request and modifies the mediation deadline to May 1, 2003.

DONE at Brownsville, Texas, this 1st day of April, 2003.

Hilda G. Tagle
United States District Judge