United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

**UNOPPOSED MOTION TO ALLOW SUPPLEMENTATION**

PLAINTIFF JOHN REED requests that this Court allow him to supplement Plaintiff's Response to Bank of America's Motion for Summary Judgment once Raul Anaya's deposition is taken and would show as follows:

1. The parties have agreed to take the deposition of Raul Anaya, but that deposition has not yet been taken. The parties previously agreed that, "in the event supplementation or replies become necessary as a result of evidence obtained at the deposition of Raul Anaya, neither party will object to necessary supplementation and/or replies/responses." See Certificate of Consultation contained in **Plaintiff's Motion for Extension of Submission date and Deadline for Mediation**, which this Honorable Court previously granted. Therefore, this motion is unopposed.

2. As cited in Plaintiff's response to Defendant's motion for summary judgment:

"John Reed's complaint herein surrounds Bank of America's conduct in pursuing a contractual relationship with him based on false promises of future performance, promises that Bank of America never intended to perform and, John

Reed submits, could not perform (the parties have agreed to take the deposition of Raul Anaya, but that deposition has not yet been taken. Therefore, evidence of Bank of America's intention not to perform has not yet been fully developed)." Plaintiff's response to the motion for summary judgment pages 7-8.

Further, "**Of extreme importance here is that, whether a promise was made with the intent to deceive and with no intention of performing, is a question for the trier of fact because it so depends on the credibility of the witnesses and the weight to be given their testimony.** *Green v. Allied Interests, Inc.*, 963 S.W.2d 205, 209 (Tex. App.--Austin 1998, pet. denied). This is another reason why the testimony of Raul Anaya is critical to a complete presentation of Reed's response to the bank's motion for summary judgment." Plaintiff's response to the motion for summary judgment, page 11.

Although counsel for Plaintiff believes that there is sufficient evidence of a factual dispute in the current record to justify this Court in denying Defendant's motion for summary judgment in its entirety, out of an abundance of caution, and because Plaintiff's response cannot, in counsel's opinion, be *fully and completely* developed without Raul Anaya's deposition, Plaintiff asks the Court to allow supplementation of its response after Mr. Anaya's deposition is obtained.

Respectfully submitted,

**PÉREZ & PIETTE**

By: 
Frank E. Pérez

>
> State Bar No. 15776540
> Federal Id No. 1930
> 436 Paredes Line Road
> Brownsville, Texas 78521
> Telephone: (956) 504-5403
> Facsimile: (956) 504-5991
> ATTORNEYS FOR PLAINTIFF
> JOHN REED

### CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of April 2003, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 210-978-7450**
Mr. Michael W. Fox
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

*Pérez & Piette*

# PÉREZ & PIETTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND MEDIATORS

FRANK E. PÉREZ

436 PAREDES LINE RD.
P.O. BOX 3490
BROWNSVILLE, TEXAS 78523-3490
EMAIL: FPEREZ@PEREZANDPIETTELAW.COM

TELEPHONE (956) 504-5403
FACSIMILE (956) 504-5991

April 7, 2003

**VIA HAND DELIVERY**
Mr. Michael N. Milby
U.S. District Clerk
U.S. District Courthouse
600 E. Harrison
Brownsville, Texas 78521

Re:   Civil Action No. B-02-104
*John Reed vs. Bank of America, N.A.*
In the United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 42453

Dear Mr. Milby:

Enclosed for filing is the original and a copy of Plaintiff's Motion to Allow Supplementation, Order Setting Hearing and Order Granting Plaintiff's Motion to Allow Supplementation.

Please file-stamp the extra copy and return in the enclosed self-addressed stamped envelope.

Thank you for your cooperation and assistance in this matter.



Yours very truly,

Frank E. Pérez

FEP/