United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

## NOTICE OF CHANGE OF FIRM NAME

The law firm of PÉREZ & PIETTE would like to announce the change of its firm name from PÉREZ & ASSOCIATES to:

**PÉREZ & PIETTE**
**436 Paredes Line Road**
**P.O. Box 3490 (78523)**
**Brownsville, Texas 78521**
**Telephone No.: (956) 504-5403**
**Facsimile No.: (956) 504-5991**

Please note that our e-mail address has changed from FPerez@aol.com to **fperez@perezandpiettelaw.com** and **gpiette@perezandpiettelaw.com**. The Post Office Box address and phone and fax numbers remain the same.

Respectfully submitted,

PÉREZ & PIETTE

By: _____
Frank E. Pérez
State Bar No. 15776540
Federal Id No. 1930
436 Paredes Line Road
Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR PLAINTIFF
JOHN REED

## CERTIFICATE OF SERVICE

I hereby certify that on this the __16__ day of __April__ 2003, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX (210) 978-7450**
Ms. Laura O'Donnell
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

Pérez & Piette