IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

**United States District Court
Southern District of Texas
FILED
APR 2 9 2003
Michael N. Milby
Clerk of Court**

## UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE HILDA G. TAGLE:

Defendant Bank of America, N.A., files this Unopposed Motion to Extend Mediation Deadline until May 8, 2003, in the above numbered cause, and, in support hereof, would respectfully show the following:

### I.

By order dated April 1, 2003, the Court ordered that the parties mediate this matter on or before May 1, 2003.

### II.

Due to scheduling conflicts, the parties have been unable to set a mediation date, before May 1, 2003, that would accommodate all parties and attorneys. The parties have since agreed upon a mediation date. Mediation is currently scheduled on May 7, 2003, with Rolando Olvera.

### III.

This Motion is not brought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the parties herein hereby respectfully request that the Court issue an order extending the mediation deadline until May 8, 2003.

Respectfully submitted,

*/s/ Laura O'Donnell*
Michael W. Fox
State Bar No. 07335500
Laura O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street,
Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

ATTORNEYS FOR BANK OF AMERICA, N.A.

## CERTIFICATE OF CONFERENCE

Defense counsel and Plaintiff's counsel have previously agreed to mediate this case on May 7, 2003. On April 28, 2003, Defense counsel's paralegal, Jennifer Villarreal, spoke with Plaintiff's counsel's office regarding this Motion. Plaintiff's counsel's office informed Ms. Villarreal that Plaintiff's counsel is unopposed to this request for an extension of the mediation deadline.

*/s/ Laura O'Donnell*
Laura O'Donnell

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 28th day of April, 2002.

*/s/ Laura O'Donnell*
Laura O'Donnell