IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN REED, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL NO.   B-02-104 |
| BANK OF AMERICA, N.A., | § § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE

On this day the Court considered the Unopposed Motion to Extend Mediation Deadline (the "Motion"). The Court is of the opinion and finds that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the mediation deadline is extended until May 8, 2003.

SIGNED this _5_ day of _May_, 2003.

The Honorable Hilda G. Tagle
United States District Judge