IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHN REED, § § | |
| Plaintiff, § § | |
| vs. § | CIVIL NO.   B-02-104 |
| BANK OF AMERICA, N.A., § § § | |
| Defendant. § | |

### DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR CONTINUANCE

Defendant Bank of America, N.A. ("Bank of America" or "Bank") files this Motion for Continuance and, in doing so, asks the Court to continue the trial of this case for a short one month period, until August 11, 2003.

**I.**

Plaintiff John Reed filed his Original Petition in Cameron County on April 17, 2002. Defendant Bank of America filed its Original Answer on May 8, 2002 and removed the case to this Court on May 20, 2002. On October 18, 2002, The Court issued a Scheduling Order setting a Docket Call and Final Pretrial Conference for July 2, 2003 and Jury Selection for July 7, 2003.

**II.**

On February 25, 2003, Bank of America filed a Motion for Summary Judgment. Plaintiff responded to that Motion on April 7, 2003 and the Bank filed a Reply Brief on April 25, 2003. Plaintiff filed a Motion for Partial Summary Judgment on April 24, 2003, the deadline for filing dispositive motions. The Bank responded to that Motion on May 12, 2003. The deadline for filing a Reply Brief has passed and Plaintiff has not

replied. Therefore, the Court has all of the necessary briefing to determine the issues presented in the summary judgment motions.

### III.

Bank of America respectfully requests a short, one month, continuance of this case based on the convenience of the parties and judicial economy.

### IV.

Raul Anaya, the key defense witness in this case, has a family vacation scheduled for the last week of July. Based on the Court's four-week trailing docket, it is possible that, with the current setting, this case will go to trial during Mr. Anaya's scheduled vacation. Because Raul Anaya is the defense's key witness, Bank of America respectfully requests that the Court continue this case for one month, until August 11, 2003.

### V.

In addition, as outlined in its Motion for Summary Judgment, Reply Brief and Response to Plaintiff's Motion for Partial Summary Judgment, Bank of America contends that summary judgment is appropriate in this case. Based on the deadline for the Pretrial Order and current trial date, however, both parties must begin preparing for trial. A continuance to afford the Court time to rule on the Motion for Summary Judgment will promote judicial economy and avoid possibly unnecessary time and expense.

### VI.

This Motion is not brought for delay but is brought so that justice may be done. Neither party has previously sought a continuance and the short, one month continuance

that Bank of America currently seeks will not prejudice Plaintiff. To the contrary, it could potentially save Plaintiff unnecessary time and expense preparing for trial.

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that the Court grant this Motion for Continuance, reset the Joint Pre-trial Order deadline for July 25, 2003 and continue the docket call until August 7, 2003 and the trial of this case until August 11, 2003.

Respectfully submitted,

*/s/ Laura O'Donnell*
Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone:  (210) 978-7000
Telecopier:  (210) 978-7450

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF CONFERENCE

The undersigned contacted Plaintiff's counsel regarding this Motion on Thursday, June 5, 2003. On Tuesday, June 10, 2003, Plaintiff's counsel notified the undersigned that Plaintiff opposed this Motion.

*/s/ Laura O'Donnell*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent to all counsel of record on this 11TH day of June, 2003.

*Laura O'Donnell*