United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

### PLAINTIFF'S MOTION TO WITHDRAW JOINT PRETRIAL ORDER

COMES NOW Plaintiff John Reed, and files this, his motion to withdraw from the court's file, the Joint Pretrial Order that was filed with the court on June 20, 2003. This document was intended as **Plaintiff's** portion only of the pretrial order originally due on June 20, 2003. The document was filed when Defendant's portion was not provided, but before Plaintiff knew of the Court's granting of Defendant's motion for continuance. Plaintiff wishes to withdraw this document and replace it with the joint pretrial order now due on July 25, 2003.

The parties will submit their Joint Pretrial Order on July 25, 2003.

Premises considered, John Reed requests that the court allow the withdrawal of the referenced document filed on June 20, 2003.

Respectfully submitted,

**PÉREZ & PIETTE**

By: _____
Frank E. Pérez
State Bar No. 15776540
Federal Id No. 1930
436 Paredes Line Road

Brownsville, Texas 78521
Telephone: (956) 504-5403
Facsimile: (956) 504-5991
ATTORNEYS FOR PLAINTIFF
JOHN REED

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22 day of July 2003, a true and correct copy of the foregoing instrument has been served upon counsel of record by the following method:

**VIA FAX: 210-978-7450**
Mr. Michael W. Fox
Ms. Laura O'Donnell
Haynes & Boone, L.L.P.
112 East Pecan St., Suite 1600
San Antonio, TX 78205-1540

Pérez & Piette

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-104 |
| | § | |
| BANK OF AMERICA, N.A. | § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 30th day of June 2003, I conferred with opposing counsel, Laura O'Donnell, via facsimile correspondence and she does not oppose the Plaintiff's Motion to Withdraw Joint Pretrial Order.

Pérez & Piette by