United States District Court
Southern District of Texas
FILED

JUL 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN REED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO.   B-02-104 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

In accordance with Rule 8(B)(2)(a)(1) of the Court's Civil Procedures, Defendant Bank of America, N.A. submits the following list of questions for voir dire examination of the jury panel as a separate attachment to the Joint Pretrial Order.

**I.**

**PROPOSED VOIR DIRE QUESTIONS**

A. **Knowledge Of Case, Parties, Attorneys, And Witnesses.**

   1. Defendant in this case is Bank of America Texas, N.A.

      a. Have any of you been employed by Bank of America? (If yes, describe).

      b. Do any of you know anyone who works or has worked for Bank of America? (If yes, describe).

      c. Have any of you ever sought employment with Bank of America? (If yes, describe).

      d.     Have any of you ever had any dealings with Bank of America, such as a checking account, a loan or any other type of relationship? (If yes, describe).

      e.     Do any of you have any opinion of any sort, regarding Bank of America? (If yes, describe).

2.     Plaintiff in this case is John Reed.

      a.     Do any of you know, know of, or have any of you had any dealings with Mr. Reed? (If yes, describe).

      b.     Have any of your family members or friends ever had any dealings with Mr. Reed? (If yes, describe).

3.     Do any of you know, or know of, any of the following people? (If yes, describe).

Defendant has not been provided with Plaintiff's Witness List for trial. This list of witnesses incorporates all of the individuals listed by Plaintiff in his Disclosure Responses and the individuals designated by Bank of America as witnesses in its Witness List.

      a.     Christine Reed

      b.     Eddie Gutierrez

      c.     Eric Reed

      d.     Martha Agrawal

      e.     Roger Akeman

      f.     Raul Anaya

      g.     Regan Cocke

h. Terri Edlund

i. Dr. Richard Fremeux

j. Peter Hanson

k. Fran Herndon

l. Mark Johnson

m. Bobby Ostos

n. Frank Parker, Jr.

o. Chuck Sharrow

p. Dewayne Twyner

q. Peggy Walker

r. Margie Watson

s. Steve Mallet

t. Larry Zamponi

u. Alma Ybarra

v. Alicia Garcia

w. Irvine Downing

x. Jerry Robinson

y. Kevin Kleinsteuber

z. Gregg Muenster

aa. Lisa Hill

bb. Jesse Riveron

cc. Ted Puckett

  dd. James Class

  ee. Rhonda Kolm

  ff. Scott Griffith

  gg. Barry Maxey

  hh. Dave Wilson

  ii. Allison Gilliam

  jj. Dr. Thomas Mayor

4. The attorneys representing Bank of America are Michael W. Fox and Laura E. O'Donnell, from the law firm of Haynes and Boone, L.L.P.

  a. Do any of you know either attorney? (If yes, describe).

  b. Have any of you had any dealings with these attorneys or their law firm? (If yes, describe).

5. The attorneys representing Mr. Reed are Frank Perez of the law firm of Perez & Piette and Benigno "Trey" Martinez of the law firm of Martinez & Barrera.

  a. Do any of you know Mr. Perez or Mr. Martinez or their firms. (If yes, describe).

**B. Individual Background.**

6. Where do you live?

  a. How long have you lived there?

  b. Before that, where did you live?

7. Who do you work for?

8. What is your position at work?

4

9. Describe the nature of your work?

10. How long have you worked there?

11. Before that, where did you work?

12. Where does your spouse work?

   a. What is your spouse's position?

   b. Describe the nature of your spouse's work.

13. Do you have any children?

   a. Do any of your children work?

   b. Where do your children work?

   c. What kind of work do your children do?

14. Are any of you an officer in a professional, social, political, or religious organization? If yes,

   a. In what type of organization are you involved?

   b. What is your position?

C. **Personal Experiences.**

15. Have any of you ever filed a lawsuit against an employer? If yes,

   a. What was the suit about?

   b. What was the outcome?

16. Are any of you employed in a supervisory position in which you are responsible for a number of other employees? (If yes, describe).

17. Have any of you ever had a job in which you were in charge of personnel decisions such as hiring and firing? (If yes, describe).

18. Have any of you had a job where you were responsible for forming or implementing written policies of the company? (If yes, describe).

19. Is there any member of the jury panel who personally, or who has a family member who has filed a charge of discrimination against an employer with any state or federal agency?

20. Has anyone been involved in, or have any of your family members been involved in, a civil lawsuit? If yes,

   a. What was the nature of the case?

   b. How did you feel about the outcome?

21. Do any of you feel that you have ever been treated unfairly by your employer? (If yes, explain).

22. Have you, or have any of your family members, ever been terminated or laid off from employment? If yes,

   a. What were the circumstances?

   b. Do you believe that you or your family member were treated fairly?

23. Is there any member of the jury panel who has a bias against large sized companies? (If yes, describe).

24. Is there any member of the jury panel who has a bias against banks? (If yes, describe).

25. Are you, or any members of your family, members of a labor union? (If yes, describe).

D. **Plaintiff's Claims.**

26. Have you, or any members of your family, been responsible for hiring or recruiting employees?

27. Have you, or any members of your family, ever been recruited for a position?

    a. What kind of position?

    b. Were you employed at the time you were being recruited?

    c. Did you accept the position?

28. Does anyone have strong feelings either way about awarding damages; or not awarding them? (If yes, explain).

E. **Ability To Apply Legal Standards.**

29. Does the fact that this case involves a claim by an individual against a corporation influence you? (If yes, explain).

30. The Judge will instruct you at the close of this case on the law. Is there anyone who believes that he or she may have a problem following the Judge's instructions? (If yes, explain).

31. If your own view is that the law should be different than the Judge's instructions, would that cause you not to follow the Court's instructions? (If yes, explain).

32. It is natural to feel sympathy for a person who claims that he or she has been harmed by the acts of others. If you are selected as jurors in this case, you will be required to put aside that sympathy and then decide this case solely on the evidence introduced at trial and instructions that the Court will give you concerning the law. Can you do that?

33. The Plaintiff always goes first, followed by the Defendant. This is true for opening statement, presentation of witnesses, and closing arguments. Can you keep an open mind until both parties have had an opportunity to put on all of the evidence before forming any conclusions in this case?

34. Do any of you believe that there may be any reason that you might find it difficult to render a fair verdict in this case? (If yes, explain).

## II.

### REQUEST FOR ADDITIONAL QUESTIONS

Defendant requests the opportunity to ask follow up questions based on Plaintiff's questions and/or the responses of individual panel members.

Respectfully submitted,

*Laura O'Donnell*
Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone:    (210) 978-7000
Telecopier:   (210) 978-7450

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing instrument has been sent to counsel of record, Frank Perez, via certified mail, return receipt requested, on this 24Th day of July, 2003.

*Laura O'Donnell*