

United States District Court
Southern District of Texas
FILED

JUL 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| JOHN REED<br><br>*versus*<br><br>BANK OF AMERICA, N.A. | CASE NO. B-02-104 |
|---|---|
| Judge Hilda G. Tagle | **Exhibit List** |
| List of<br><br>Defendant Bank of America, N.A. | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| | Proceeding                    Date |

| No. | Description | Adm | Ext |
|---|---|---|---|
| 1. | April 17, 2000 Offer Letter to John Reed from Terri S. Edlund, signed by Reed | | |
| 2. | Bank of America Applicant Acknowledgment Form, signed by Reed | | |
| 3. | 2000 Goals document | | |
| 4. | Raul Anaya's file on John Reed | | |
| 5. | Performance Planning and Coaching documents for Reed | | |
| 6. | Commercial Bank Incentive Plan Year 2000 – 12/31/00 Forecasted Results (Actual 10 months & Forecast 2 months) | | |
| 7. | Commercial Bank Incentive Plan Year 2000 – 12/31/00 Results – FINAL | | |
| 8. | Growth Sr./Client Manger Position Overview | | |
| 9. | Growth Sr./Client Manager – Competency Manual | | |
| 10. | Bank of America Separation Notice for John Reed | | |
| 11. | Affidavit of Allison L. Gilliam | | |
| 12. | April 24, 2000 redacted minutes of Bank of America, N.A.'s Board of Directors meeting | | |
| 13. | July 25, 2000 redacted minutes of Bank of America, N.A.'s Board of Directors meeting | | |
| 14. | April 24, 2001 redacted minutes of Bank of America, N.A.'s Board of Directors meeting | | |
| 15. | March 14, 2001 letter from Benigno (Trey) Martinez and Miguel Salinas to Raul Anaya | | |
| 16. | Chase Manhattan Bank Personnel & Payroll records for John Reed | | |
| 17. | Chase Notice of Resignation or Release | | |
| 18. | John Reed's resignation memo to Chase Bank | | |
| 19. | John Reed's year 2000 tax return | | |

| | | | |
|---|---|---|---|
| 20. | John Reed's 2001 W2 statements | | |
| 21. | John Reed's 2002 W2 statements | | |
| 22. | John Reed's Original Petition | | |
| 23. | John Reed's Answers to Interrogatories | | |
| 24. | John Reed's Initial Disclosures | | |
| 25. | Report of Dr. Thomas H. Mayor | | |
| 26. | Documents produced by John Reed | | |
| 27. | Defendant is waiting to receive updated records from Coastal Bank. Once received, these records could potentially be used as an exhibit. | | |

Respectfully submitted,

*Laura O'Donnell*

Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone:   (210) 978-7000
Telecopier:   (210) 978-7450

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been sent to counsel of record, Frank Perez, via certified mail, return receipt requested, on this 24th day of July, 2003.

*Laura O'Donnell*

3