United States District Court
Southern District of Texas
FILED

JUL 25 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| JOHN REED | CASE NO. B-02-104 |
|---|---|
| versus | |
| BANK OF AMERICA, N.A. | |
| Judge Hilda G. Tagle | **Witness List** |
| List of Defendant, Bank of America, N.A. | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| | Proceeding          Date |

In accordance with the Court's Civil Procedures, Defendant Bank of America, N.A. provides the following list of witnesses. This list may change depending on how the Court rules on Defendant's Motion in Limine.

1.  John Reed
    c/o Frank Perez
    Perez & Piette, P.C.
    436 Paredes Line Road
    P.O. Box 3490
    Brownsville, Texas 78523-3490

    Mr. Reed is the Plaintiff in this case.

2.  Raul Anaya
    Bank of America, N.A.
    201 East Washington Street
    Phoenix, Arizona 85004-2343
    (602) 523-2764

    Mr. Anaya was Plaintiff's Manager at Bank of America. Mr. Anaya is expected to testify regarding Plaintiff's hiring, his employment, his expectations, his performance and his termination. Mr. Anaya is also expected to testify that he never made any false statement to Plaintiff with the intent of deceiving him.

3.     Larry Zamponi
       Bank of America, N.A.
       Harlingen Office
       222 E. Van Buren Street
       Harlingen, Texas 78550-6804
       ( 956) 430-2014

       Mr. Zamponi was the other Rio Grande Valley Client Manager who worked with Plaintiff. Mr. Zamponi still works as a Rio Grande Valley Client Manager. Mr. Zamponi is expected to testify regarding Plaintiff's hiring, his employment and his performance. Mr. Zamponi is also expected to testify regarding the expectations of a Client Manager, the Client Manager's ability to meet his goals and his personal experience as a successful Rio Grande Valley Client Manager.

4.     Alama Ybarra
       Bank of America, N.A.
       Harlingen Office
       222 E. Van Buren Street
       Harlingen, Texas 78550-6804
       (956) 430-2003

       Ms. Ybarra works for Bank of America in the Rio Grande Valley and worked there during Plaintiff's employment. Ms. Ybarra is expected to testify regarding Plaintiff's employment and performance. Ms. Ybarra is also expected to testify regarding her personal experience working in the Rio Grande Valley.

5.     Irvine Downing, Jr.
       Chase Bank of Texas
       1475 Ruben M. Torres Sr. Blvd.
       Brownsville, Texas 78521
       (956) 548-6855

       Mr. Downing was Plaintiff's supervisor when he worked at Chase Bank. Mr. Downing is expected to testify regarding Plaintiff's performance at Chase, the working environment at Chase and Plaintiff's resignations from Chase.

6.     Terri Edlund
       Bank of America, N.A.
       300 Convent, 6th Floor
       Real Estate Banking Group
       San Antonio, Texas 78205
       (210) 270-5588

       Ms. Edlund was involved in recruiting Plaintiff. She is expected to testify regarding her pre-employment conversations with Plaintiff.

7.  Jerry Robinson
    Banc of America Securities, LLC
    Bank of America Plaza
    901 Main Street
    Dallas, Texas 75202-3714
    (214) 209-2994

    Mr. Robinson is one of the Product Specialists with whom Plaintiff worked. He is expected to testify regarding his working relationship with Plaintiff and other Bank of America Client Managers. He is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom he worked.

8.  Kevin Kleinsteuber
    Bank of America, N.A.
    Mission Banking Center
    1101 N. Conway Ave.
    Mission, Texas 78572
    (956) 580-8305

    Mr. Kleinsteuber is one of the Product Specialists with whom Plaintiff worked. He is expected to testify regarding his working relationship with Plaintiff and other Bank of America Client Managers. He is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom he worked.

9.  Gregg Muenster
    Bank of America, N.A.
    Commercial Banking Department
    300 Convent, 5th Floor
    San Antonio, Texas 78205
    (210) 270-5371

    Mr. Muenster is one of the Product Specialists with whom Plaintiff worked. He is expected to testify regarding his working relationship with Plaintiff and other Bank of America Client Managers. He is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom he worked.

10. Lisa Hill
    Bank of America, N.A.
    Bank of America Center
    700 Louisiana Street
    Houston, Texas 77002-2700
    (713) 247-6782

    Ms. Hill is one of the Product Specialists with whom Plaintiff worked. She is expected to testify regarding her working relationship with Plaintiff and other Bank of America Client Managers. She is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom she worked.

11. Jesse Riveron
    Bank of America, N.A.
    Bank of America Center
    700 Louisiana Street
    Houston, Texas 77002-2700
    (713) 247-7386

    Mr. Riveron is one of the Product Specialists with whom Plaintiff worked. He is expected to testify regarding his working relationship with Plaintiff and other Bank of America Client Managers. He is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom he worked.

12. Alicia Garcia
    Bank of America
    Countryside Office, Suite 101
    12500 San Pedro Ave.
    San Antonio, Texas 78216-2858
    (210) 481-2880

    Ms. Garcia was the Rio Grande Valley Client Manager whom Plaintiff replaced. Ms. Garcia is expected to testify regarding the expectations of a Client Manager, the Client Manager's ability to meet her goals and her personal experience as a successful Rio Grande Valley Client Manager.

13. Ted Puckett
    Bank of America, N.A.
    Corpus Christi Downtown Banking Center
    500 N Shoreline Blvd.
    Corpus Christi, Texas 78471
    (361) 881-6797

    Mr. Puckett is a Client Manager for Bank of America. He is expected to testify about the expectations of a Client Manager, the Client Manager's ability to meet his goals and his personal experience as a Client Manager.

14. James Class
    Bank of America, N.A.
    Pyramid Office
    601 NW Loop 410
    San Antonio, Texas 78216-5510
    (210) 525-5548

    Mr. Class is one of the Product Specialists with whom Plaintiff worked. He is expected to testify regarding his working relationship with Plaintiff and other Bank of America Client Managers. He is also expected to testify regarding Plaintiff's performance as compared to other Client Managers with whom he worked.

15. Rhonda Kolm
    Bank of America, N.A.
    Commercial Banking Department
    300 Convent, 5th Floor
    San Antonio, Texas 78205
    (210) 270-5280

    Ms. Kolm is a Client Manager for Bank of America. She is expected to testify about the expectations of a Client Manager, the Client Manager's ability to meet her goals and her personal experience as a Client Manager.

16. Scott Griffith
    Topeka, Kansas
    785-274-5626

    Mr. Griffith was a Credit Protection Officer during Plaintiff's tenure at Bank of America and worked with Plaintiff. Mr. Griffith is expected to testify regarding the amount and types of deals presented to Bank of America by Plaintiff and his working relationship with Plaintiff.

    Defendant will supplement with Mr. Griffith's street address.

17. Barry Maxey
    JP Morgan Chase
    P.O. Box 660197
    Dallas, Texas 75266-0197
    (214) 965-2768

    Mr. Maxey is expected to testify regarding the authenticity of Chase's personnel records for Plaintiff.

18. Dave Wilson
    JP Morgan Chase
    P.O. Box 660197
    Dallas, Texas 75266-0197
    (214) 965-2768

    Mr. Wilson is expected to testify regarding Plaintiff's resignation from Chase Bank.

19. Allison L. Gilliam
    Bank of America
    100 N. Tyron St.
    Charlotte, North Carolina 28255-0001
    (704) 386-5494

    Ms. Gilliam will testify that Bank of America in accordance with her Affidavit, submitted in support of the Bank's Motion for Summary Judgment.

20. Dr. Thomas Mayor
    5555 Del Monte, Suite 1306
    Houston, Texas 77056
    (713) 552-1522

    Dr. Mayor is expected to testify that the correct damage model is a reliance model and to apply that model to Plaintiff's claim for damages in this case.

Respectfully submitted,

*[signature: Laura O'Donnell]*

Michael W. Fox
State Bar No. 07335500
Laura E. O'Donnell
State Bar No. 00797477
Federal Id. No. 21720
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone:   (210) 978-7000
Telecopier:   (210) 978-7450

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been sent to counsel of record, Frank Perez, via certified mail, return receipt requested, on this 24th day of July, 2003.

*[signature: Laura O'Donnell]*