IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN REED, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-104 |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on September 18, 2003, the Court having granted summary judgment on all causes of action for Defendant Bank of America, N.A., the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 18th day of September, 2003.

Hilda G. Tagle
United States District Judge